## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**EULALIO CASTRO ZAVALA,**

    Plaintiff,

v.                                                            **No. 20-cv-0738 KG/SMV**

**CHISHOLM ENERGY OPERATING, LLC;**
**CHISHOLM ENERGY MANAGEMENT, LLC; and**
**CONTEK SOLUTIONS, LLC,**

    Defendants.

### ORDER SETTING MOTION HEARING

| | |
|---|---|
| **Date and time:** | Wednesday, September 23, 2020, at 9:30 a.m. (MDT) |
| **Matter to be heard:** | Defendant Contek Solutions, LLC's Motion for Extension of Time to File Amended Notice of Removal and Response to Motion to Remand [Doc. 24] |

**IT IS ORDERED** that a telephonic hearing is set on Defendant Contek Solutions, LLC's Motion for Extension of Time [Doc. 24] for September 23, 2020, at 9:30 a.m. (MDT). Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

**IT IS SO ORDERED.**

                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**